THE AMERICAN AGRICULTURAL CHEMICAL COMPANY, Respondent, v. TEMPLE L. GATEWOOD, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of BERNARD USBERG, LEON M. CORNFELD and Others, Petitioners, for an Order under Article 78, Civil Practice Act, against The Hon. AARON J. LEVY, JOHN E. MCGEEHAN, CHARLES B. MCLAUGHLIN, FERDINAND PECORA and BERNARD L. SHIENTAG, Justices of the Supreme Court in and for the County of New York, First Judicial District, Defendants. (FIORELLO H. LAGUARDIA and Others, Defendants, Intervenors.)— Application unanimously denied and the proceeding dismissed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

W. ARTHUR HOWELL, Respondent, v. THEODORE W. STEMMLER and Others, Individually and as Copartners, etc., Defendants. THEODORE W. STEMMLER and EDWARD S. LITTLE, Defendants, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

BARNET WEINSTEIN and Others, Copartners Doing Business under the Firm Name and Style of B. WEINSTEIN, Respondents, v. ROSE GOLD, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

WILLIAM LOWETH CO., INC., Respondent, v. MEYER R. WEISS and Others, Individually and as Copartners Doing Business as WEISS BROTHERS, Appellants.— Order entered November 4, 1940, so far as appealed from, unanimously modified, so as to limit the expense which plaintiff may tax in the event of its success in the action to twenty per cent of the recovery, such sum in no event to exceed $850. Appeal from order denying motion for resettlement dismissed. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ELIZABETH ARDEN SALES CORPORATION, Respondent, v. PETER K. HAWLEY, Individually and as President of United Office and Professional Workers of America, Local No. 16, and SIDNEY REID, Individually and as Secretary of United Office and Professional Workers of America, Local No. 16, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS GENDELMAN, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of MARIA GABRIELLA MIGLIETTA, a Stockholder in the TWENTY-SIX SIXTY BROADWAY CORPORATION, for the Appointment of Appraisers to Appraise the Value of Her Stock. In the Matter of the Application of WILLIAM F. WALSH and ROBERT L. LEVINE, Stockholders in the TWENTY-SIX SIXTY BROADWAY CORPORATION, for the Appointment of Appraisers to Appraise the Value of Their Stock. MARIA GABRIELLA MIGLIETTA, WILLIAM F. WALSH and ROBERT L. LEVINE, Petitioners, Appellants; TWENTY-SIX SIXTY BROADWAY CORPORATION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.